IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| (1) | GEICO GENERAL INSURANCE COMPANY, | ) ) ) | |
| | Plaintiff, | ) ) | |
| v. | | ) ) | Case No. CIV-03-0448-C |
| (2) | NORTHWESTERN PACIFIC INDEMNITY COMPANY, | ) ) ) | |
| | Defendant. | ) ) | |

**ORDER GRANTING APPLICATION FOR**
**MUTUAL DISMISSAL WITH PREJUDICE**

Before the Court is the Joint Application of Plaintiff and Defendant for an Order allowing this matter to be dismissed, with prejudice, as to each party. Having recognized that the Oklahoma Supreme Court has answered the question certified to it by this Court, and upon being notified that neither party will seek rehearing in the Oklahoma Supreme Court, the Court hereby GRANTS said joint application. Accordingly, this matter is hereby dismissed with prejudice as to both parties, with each party to be responsible for its own attorney fees and costs.

Dated this 8th day of July, 2005.

*[signature]*
ROBIN J. CAUTHRON
United States District Judge

*[Pursuant to Rule II (G) of the Electronic Case Filing Policies and Procedures Manual for the Western District of Oklahoma, the Filing Attorney states that the Joint Application pertaining to this proposed Order has been electronically filed, and was assigned Document No. 46.]*